# EXHIBIT A

Docusign Envelope ID: BF700E71-9EE3-4162-9FB9-F796D0E9E1E5

THIS IS NOT AN ARBITRATION COMPLAINT
AN ASSESSMENT OF DAMAGES HEARING
IS REQUIRED

Filed and Attested by the Office of Judicial Records 05 MAR 2026 03:49 pm G. GILLIAM

**SIMON & SIMON, P.C.**
BY: Nicola Serianni, Esquire
Attorney ID: 203803
***Attorneys for Plaintiff(s)***
18 Campus Blvd., Suite 100
Newtown Square, PA 19073
(215) 467-4666

| | |
|---|---|
| John Demota<br>4509 N. 12th Street<br>Philadelphia, PA 19140<br><br>Plaintiff | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| v. | No. |
| Walmart Stores East, LP<br>702 SW 8th Street<br>Bentonville, AR 72716<br><br>And<br><br>Bruce D. Michaels Realty Partners, LP<br>636 Old York Road, 2nd Floor<br>Jenkintown, PA 19046<br><br>And<br><br>2101 Blair Mill Associates, LLC<br>636 Old York Road, 2nd Floor<br>Jenkintown, PA 19046<br><br>Defendants | |

Docusign Envelope ID: BF700E71-9EE3-4162-9FB9-F796D0E9E1E5

**NOTICE TO DEFEND**

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

**PHILADELPHIA BAR ASSOCIATION**
**LAWYER REFERRAL AND**
**INFORMATION SERVICE**
**One Reading Center**
**Philadelphia Pennsylvania 19107**
**Telephone: (215) 238-6300**

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene viente (20) días de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparecencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

**ASOCIACIÓN DE LICENCIADOS DE FILADELFIA**
**SERVICIO DE REFERENCIA E INFORMACIÓN LEGAL**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**Teléfono: (215) 238-6300**

# COMPLAINT

1. Plaintiff, John Demota ("Plaintiff"), is an adult individual and resident of the Commonwealth of Pennsylvania, residing at the address listed in the above caption of this Complaint.

2. Defendant, Walmart Stores East, LP, is a business entity registered to do business in the State of Arkansas, with a business address listed in the caption of this Complaint, and which at all times material hereto was the operator, maintainer, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the premises located at 2101 Blair Mill Road in Willow Grove, PA.

3. Defendant, Bruce D. Michaels Realty Partners, LP, is a business entity registered to do business in the Commonwealth of Pennsylvania, with a business address listed in the caption of this Complaint, and which at all times material hereto was the owner, operator, maintainer, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the premises located at 2101 Blair Mill Road in Willow Grove, PA.

4. Defendant, 2101 Blair Mill Associates, LLC, is a business entity registered to do business in the Commonwealth of Pennsylvania, with a business address listed in the caption of this Complaint, and which at all times material hereto was the owner, operator, maintainer, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the premises located at 2101 Blair Mill Road in Willow Grove, PA.

5. Defendants named in paragraphs 2 through 4 above will be collectively referred to as "Defendants" for the entirety of this Complaint.

6. Upon information and belief, Defendants regularly and systematically transact business in Philadelphia County so as to be subject to venue and in personem jurisdiction in Philadelphia.

7. At all relevant times, Defendants were acting individually, jointly and/or by and through their agents, servants, franchisees, workmen and/or employees for the maintenance, repair, care and control of the premises located in the electronics aisle of Walmart, 2101 Blair Mill Road in Willow Grove, PA, referred to hereinafter as "the premises."

8. On or about August 5, 2024, Plaintiff was a business invitee, licensee and/or otherwise legally on Defendants' premises.

9. At all times relevant hereto, Defendants, individually, jointly and/or through their agents, servants, franchisees, workmen and/or employees, had a duty to keep and maintain the aforesaid premises in a reasonably safe condition for those persons lawfully thereon, including Plaintiff.

10. On or about August 6, 2024, while on Defendants' premises, Plaintiff was caused to slip and fall on water that had accumulated on the floor due to a leak from the ceiling while walking through the electronics aisle of Walmart, causing serious and permanent personal injuries on account of which this action is brought.

11. At or about the same date, time and place in question, and for some period of time prior thereto, Defendants, acting individually, jointly and/or by and through their agents, servants, franchisees, workmen and/or employees, negligently and/or carelessly allowed and permitted dangerous and unsafe conditions to exist, including, but not limited to, the conditions which directly resulted in the Plaintiff's injuries.

**COUNT I**
**John Demota v. Walmart Stores East, LP**
**Negligence**

12. Plaintiff incorporates by reference herein the allegations set forth in the aforementioned paragraphs of this Complaint, inclusive, as if set forth herein at length.

13. The negligence of Defendant consisted of, inter alia, the following:

a. Failure to clean up the water on the floor, which was leaking from the ceiling in the electronics aisle, thereby causing Plaintiff to slip and fall;

b. Failure to regard the rights, safety and position of the Plaintiff in and about the area of the aforementioned accident;

c. Failure to request and supervise periodic inspections of the premises in and around the area where Plaintiff fell by Defendant's employees and/or agents;

d. Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstance in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises;

e. Failure to provide sufficient warning to the Plaintiff as to the existence of the reasonably foreseeable defective, dangerous, and unsafe conditions giving rise to the instant action;

f. Failure to provide adequate safeguards to prevent the injury to Plaintiff; and

g. Failure to exercise the proper care, custody and control over the aforesaid premises.

14. As a direct and consequential result of the negligent and/or careless conduct of the Defendant, described above, the Plaintiff suffered various serious and permanent personal injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions, and other ills and injuries, including, but not limited to, the neck, back, right hand, right shoulder and right knee. Specifically, cervical disc protrusions at levels C3-C4, C4-C5, C5-C6, and C7-T1; a lumbar disc protrusion at level L2-L3; and 5th metacarpal fracture of the right hand, all to Plaintiff's great loss and detriment.

15. As a result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past, presently and may in the future suffer great anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

16. As an additional result of the carelessness and/or negligence of Defendant, Plaintiff has suffered emotional injuries, along with the physical injuries suffered.

17. As a further result of Plaintiff's injuries, Plaintiff has in the past, presently and may in the future undergo a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

18. Furthermore, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses for which he makes a claim for payment in the present action.

WHEREFORE, Plaintiff, John Demota, demands judgment in Plaintiff's favor and against Defendant, Walmart Stores East, LP, in an amount in excess of Fifty Thousand ($50,000.00) Dollars but not in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus all costs and other relief this court deems necessary.

**COUNT II**
**John Demota v. Bruce D. Michaels Realty Partners, LP**
**Negligence**

19. Plaintiff incorporates by reference herein the allegations set forth in the aforementioned paragraphs of this Complaint, inclusive, as if set forth herein at length.

20. The negligence of Defendant consisted of, inter alia, the following:

a. Failure to clean up the water on the floor, which was leaking from the ceiling in the electronics aisle, thereby causing Plaintiff to slip and fall;

b. Failure to regard the rights, safety and position of the Plaintiff in and about the area of the aforementioned accident;

c. Failure to request and supervise periodic inspections of the premises in and around the area where Plaintiff fell by Defendant's employees and/or agents;

d. Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstance in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises;

e. Failure to provide sufficient warning to the Plaintiff as to the existence of the reasonably foreseeable defective, dangerous, and unsafe conditions giving rise to the instant action;

f. Failure to provide adequate safeguards to prevent the injury to Plaintiff; and

g. Failure to exercise the proper care, custody and control over the aforesaid premises.

21. As a direct and consequential result of the negligent and/or careless conduct of the Defendant, described above, the Plaintiff suffered various serious and permanent personal injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions, and other ills and injuries, including, but not limited to, the neck, back, right hand, right shoulder and right knee. Specifically, cervical disc protrusions at levels C3-C4, C4-C5, C5-C6, and C7-T1; a lumbar disc protrusion at level L2-L3; and 5th metacarpal fracture of the right hand, all to Plaintiff's great loss and detriment.

22. As a result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past, presently and may in the future suffer great anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

23. As an additional result of the carelessness and/or negligence of Defendant, Plaintiff has suffered emotional injuries, along with the physical injuries suffered.

24. As a further result of Plaintiff's injuries, Plaintiff has in the past, presently and may in the future undergo a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

25. Furthermore, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses for which he makes a claim for payment in the present action.

WHEREFORE, Plaintiff, John Demota, demands judgment in Plaintiff's favor and against Defendant, Bruce D. Michaels Realty Partners, LP, in an amount in excess of Fifty Thousand ($50,000.00) Dollars but not in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus all costs and other relief this court deems necessary.

**<u>COUNT III</u>**
**John Demota v. 2101 Blair Mill Associates, LLC**
**Negligence**

26. Plaintiff incorporates by reference herein the allegations set forth in the aforementioned paragraphs of this Complaint, inclusive, as if set forth herein at length.

27. The negligence of Defendant consisted of, <u>inter alia,</u> the following:

a. Failure to clean up the water on the floor, which was leaking from the ceiling in the electronics aisle, thereby causing Plaintiff to slip and fall;

b. Failure to regard the rights, safety and position of the Plaintiff in and about the area of the aforementioned accident;

c. Failure to request and supervise periodic inspections of the premises in and around the area where Plaintiff fell by Defendant's employees and/or agents;

d. Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstance in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises;

e. Failure to provide sufficient warning to the Plaintiff as to the existence of the reasonably foreseeable defective, dangerous, and unsafe conditions giving rise to the instant action;

f. Failure to provide adequate safeguards to prevent the injury to Plaintiff; and

g. Failure to exercise the proper care, custody and control over the aforesaid premises.

28. As a direct and consequential result of the negligent and/or careless conduct of the Defendant, described above, the Plaintiff suffered various serious and permanent personal injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions, and other ills and injuries, including, but not limited to, the neck, back, right hand, right shoulder and right knee. Specifically, cervical disc protrusions at levels C3-C4, C4-C5, C5-C6, and C7-T1; a lumbar disc protrusion at level L2-L3; and 5th metacarpal fracture of the right hand, all to Plaintiff's great loss and detriment.

29. As a result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past, presently and may in the future suffer great anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

30. As an additional result of the carelessness and/or negligence of Defendant, Plaintiff has suffered emotional injuries, along with the physical injuries suffered.

31. As a further result of Plaintiff's injuries, Plaintiff has in the past, presently and may in the future undergo a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

32. Furthermore, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses for which he makes a claim for payment in the present action.

WHEREFORE, Plaintiff, John Demota, demands judgment in Plaintiff's favor and against Defendant, 2101 Blair Mill Associates, LLC, in an amount in excess of Fifty Thousand ($50,000.00) Dollars but not in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus all costs and other relief this court deems necessary.

SIMON & SIMON, PC

Nicola Serianni

Nicola Serianni, ESQUIRE
*Attorney for Plaintiff*

Docusign Envelope ID: BF700E71-9EE3-4162-9FB9-F796D0E9E1E5

**VERIFICATION**

I am the Plaintiff in this action, and I hereby state that the facts set forth in the foregoing complaint are true and correct to the best of my knowledge, information and belief. I understand that this Verification is subject to 18 P.a.C.S. § 4904 providing for criminal penalties for unsworn falsification to authorities.

Signed by:

2DA7D080028D416...